William RUMMEL and Mildred Rummel, Plaintiffs/Appellants,

v.

Dana HOCKENSMITH, Defendant/Respondent.

No. 66956.

Missouri Court of Appeals, Eastern District, Division Two.

May 23, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 26, 1995.

Application to Transfer Denied July 25, 1995.

John S. Sandberg, Lyndon P. Sommer, Sandberg, Phoenix & von Gontard, P.C., St. Louis, for appellants.

Charles E. Reis, IV, Steven D. Asher, Brown & James, P.C., St. Louis, for respondent.

Before SMITH, P.J., and PUDLOWSKI and WHITE, JJ.

*ORDER*

PER CURIAM.

Plaintiffs appeal from an order for summary judgment against their legal malprac-

tice claims. We affirm. Because we do not discern any precedential value in publishing an opinion, we issue this summary order. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order. Rule 84.16(b).